**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**MIGUEL A. PONCE**                                                         **PLAINTIFF**

**v.**                             **CIVIL ACTION NO. 1:21-cv-114-TBM-RHWR**

**CHEVRON U.S.A., INC.**                                           **DEFENDANTS**

**AGREED JUDGMENT OF DISMISSAL**

The parties have agreed to, and announced to the Court, a resolution of this case. The Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket,

IT IS ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties, with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 18th day of January, 2022.

                                                                   TAYLOR B. McNEEL
                                                              UNITED STATES DISTRICT JUDGE